# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICKA NATALY ESCOBAR URRUTIA, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>LAZER SPOT, INC., et al.<br><br>Defendant(s). | Case No. 5:23-cv-00849-JGB-SHK<br><br>HONORABLE JESUS G. BERNAL<br><br>**<u>CLASS ACTION</u>**<br><br>**ORDER REMANDING ACTION TO STATE COURT**<br><br>Complaint Filed: December 16, 2022<br>Trial Date: None Set |

Having reviewed and considered the Parties' Joint Stipulation to Remand Action to State Court, and GOOD CAUSE appearing, the Court hereby ORDERS that this action shall immediately be remanded to the Superior Court of California for the County of San Bernardino.

IT IS SO ORDERED.

Dated:  May 23, 2025

_____
Hon. Jesus G. Bernal, U.S. District Judge